1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, Ca.  95814
4  Telephone:  (916) 554-2700

5

6

7            IN THE UNITED STATES DISTRICT COURT FOR THE

8                 EASTERN DISTRICT OF CALIFORNIA

9

10

11  UNITED STATES OF AMERICA,      )  CR. NO. S-00-487 FCD
                                   )
12                 Plaintiff,      )
                                   )  STIPULATION; ORDER
13                                 )
    MARK ANTHONY DIXON,            )
14                                 )
                   Defendant.      )
15  _____)

16       Defendant Mark Anthony Dixon, through Joseph Shemaria,

17  Attorney At Law, and the United States of America, through

18  Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the

19  motion hearing scheduled for June 20, 2005.  The parties further

20  stipulate that said motion hearing be placed on the court's

21  July 11, 2005, calendar.

22       This request for a continuance is made in that defense

23  counsel recently moved his entire office to a new location.

24  Because of having to relocate, defense counsel needed additional

25  time to prepare the motion to suppress.

26       In view of this stipulated request for a continuance, the

27  parties further stipulate to the following briefing schedule:

28  ///

                                  1

```
 1    Defendant's brief due:              June 1, 2005

 2    Government's response due:          June 22, 2005

 3    Defendants' reply (if any) due:     June 29, 2005

 4    Hearing on motion:                  July 11, 2005

 5    DATED: June 3, 2005          McGREGOR W. SCOTT
                                   United States Attorney
 6
                                   /s/ Kenneth J. Melikian
 7
                                   By
 8                                   KENNETH J. MELIKIAN
                                   Assistant U.S. Attorney
 9

10    DATED: June 3, 2005          /s/ Kenneth J. Melikian
                                   JOSEPH SHEMARIA
11                                 Attorney for Defendant
                                   (Signed by Kenneth J. Melikian
12                                  per authorization by Joseph
                                    Shemaria)
13

14

15    IT IS SO ORDERED.

16
      DATED: June 7, 2005
17
                                   /s/ Frank C. Damrell Jr.
18                                 HONORABLE FRANK C. DAMRELL JR.
                                   U.S. District Court Judge
19

20

21

22

23

24

25

26

27

28
```