```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7
 8          IN THE UNITED STATES DISTRICT COURT FOR THE
 9                EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CR. NO. S-00-0487 FCD
                                 )  CR. NO. S-04-0306 FCD
12                Plaintiff,     )
                                 )  STIPULATION; ORDER
13                               )
    MARK ANTHONY DIXON,          )  "MODIFIED"
14                               )
                  Defendant.     )
15  _____)
```

16     Defendant Mark Anthony Dixon, through Joseph Shemaria,
17  Attorney At Law, and the United States of America, through
18  Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the
19  status hearing scheduled for October 24, 2005.  The parties
20  further stipulate that said hearing be placed on the court's
21  December 5, 2005, calendar.
22     This request for a continuance is made in that the parties
23  are attempting to reach a plea agreement which would encompass
24  this case as well as the defendant's other case, CR.S-00-487 FCD.
25  While progress has been made, no resolution has been reached yet.
26  The parties are hopeful that the plea agreement can be finalized
27  by December 5th.
28  ///

1

For these reasons, the parties request that a status conference in this case, as well as in case CR.S-00-487 FCD be scheduled for December 5, 2005. The parties further agree that time should be excluded in both cases through December 5, 2005, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to allow defense counsel to prepare his case.

DATED: October 19, 2005        McGREGOR W. SCOTT
                               United States Attorney

                               /s/ Kenneth J. Melikian

                               By
                                 KENNETH J. MELIKIAN
                               Assistant U.S. Attorney

DATED: October 19, 2005        /s/ Kenneth J. Melikian
                               JOSEPH SHEMARIA
                               Attorney for Defendant
                               (Signed by Kenneth J. Melikian
                                per authorization by Joseph
                                Shemaria)

    IT IS SO ORDERED.

DATED: October 24, 2005

                               /s/ Frank C. Damrell Jr.
                               HONORABLE FRANK C. DAMRELL JR.
                               U.S. District Court Judge