LAW OFFICES OF JOSEPH SHEMARIA
JOSEPH SHEMARIA, Esq., State Bar No. 47311
2029 Century Park East, Suite 1400
Los Angeles, California 90067

Telephone: (310) 772-2211

Attorney for Defendant
MARK ANTHONY DIXON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR. S-00-00487 FCD |
| | ) | CASE NO. CR. S-04-00306 FCD |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| vs. | ) | STATUS CONFERENCE HEARING |
| | ) | |
| MARK ANTHONY DIXON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

TO THE HONORABLE FRANK C. DAMRELL, JR., UNITED STATES DISTRICT JUDGE:

The parties, by and through their respective counsel of record, hereby stipulate and request the following:

1.  The hearing for a Status Conference presently set for January 30, 2006, be continued to March 20, 2006.

2.  Defendant requests that this extension be excluded for speedy trial purposes as it is due to Defendant's counsel

United States of America v. Mark Anthony Dixon
Stipulation to Continue Hearing on Defendant's
Motion to Suppress Evidence and Reset Briefing
Schedule; Case No. CR. S-00-0487 FCD

PDF created with pdfFactory trial version www.pdffactory.com

and Government counsel engaging in settlement negotiations of both pending cases.

    3. Accordingly, the parties respectfully request that the Court exclude the time from the date of January 30, 2006 until March 20, 2006 for further defense negotiation and trial preparation.

```
DATED: Jan. 26, 2006        LAW OFFICES OF JOSEPH SHEMARIA



                            By:  _____/s/_____
                                 JOSEPH SHEMARIA
                                 Attorney for Defendant
                                 MARK ANTHONY DIXON



DATED: Jan. 26, 2006             _____/s/_-- per D.S.L._____
                                 KENNETH J. MELIKIAN Esq.
                                 Assistant United States Attorney
                                 Attorney for Plaintiff
                                 UNITED STATES OF AMERICA
```

Good Cause Appearing Therefor,

    IT IS HEREBY ORDERED that the Status Conference set for January 30, 2006 is continued to March 20, 2006. Time between said dates is, as requested, excluded as further time for defense preparation.

```
Dated: Jan. 27, 2006.            /s/Frank C. Damrell, Jr.
                                 HON. FRANK C. DAMRELL, JR.,
                                 UNITED STATES DISTRICT JUDGE
```

United States of America v. Mark Anthony Dixon
Stip. to Continue Status Conference Hg.;   - 2 -
Case No. CR. S-00-0487 FCD

PDF created with pdfFactory trial version www.pdffactory.com