COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California  94710
Telephone (510) 558-8400
Fax (510) 558-8401

Attorneys for Defendant
MARK ANTHONY DIXON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:00-CR-00487 FCD |
| Plaintiff, | SUBSTITUTION OF ATTORNEYS |
| vs. | |
| MARK ANTHONY DIXON, | |
| Defendant. | |

Defendant MARK ANTHONY DIXON hereby substitutes the COOPER LAW OFFICES as his attorneys of record in this case, in place of JOSEPH SHEMARIA.

                                                                COOPER LAW OFFICES

DATED:  February 16, 2006          /s/ COLIN L. COOPER

                                                                I agree to the substitution.

DATED:  February 21, 2006          /s/ MARK ANTHONY DIXON

1

| | | |
|---|---|---|
| 1 | | I agree to the substitution. |
| 2 | DATED:  February 17, 2006 | /s/ JOSEPH SHEMARIA |
| 3 | | |
| 4 | | |
| 5 | | I agree to the substitution. |
| 6 | DATED:  February 21, 2006 | /s/ KENNETH J. MELIKIAN<br>Assistant United States Attorney |
| 7 | | |
| 8 | | |
| 9 | IT IS SO ORDERED. | |
| 10 | | |
| 11 | DATED: February 22, 2006 | /s/ Frank C. Damrell Jr. |
| 12 | | HONORABLE FRANK C. DAMRELL, JR.<br>District Judge |

2

PDF created with pdfFactory trial version www.pdffactory.com