1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, Ca.  95814
4  Telephone:  (916) 554-2700

5

6

7

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  CR. NO. S-04-0306 FCD
                                  )  CR. NO. S-00-0487 FCD
12                Plaintiff,      )
                                  )  STIPULATION; ORDER
13                                )
   MARK ANTHONY DIXON,            )
14                                )
                  Defendant.      )
15 _____)

16

17     Defendant Mark Anthony Dixon, through Colin L. Cooper,

18 Attorney At Law, and the United States of America, through

19 Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the

20 status hearing scheduled for August 21, 2006.  The parties further

21 stipulate that said hearing be placed on the court's September 25,

22 2006, calendar at 9:30 a.m.

23     The parties are in the process of executing a plea agreement

24 which would encompass this case as well as the defendant's other

25 case, CR.S-00-487 FCD.  The government has provided a plea

26 agreement for both cases to Mr. Cooper.  Mr. Cooper has indicated

27 that the terms of this plea agreement are acceptable to him and

28 his client.  As Mr. Cooper's office is in the Bay area, he

requests a continuance of a few weeks so that he can meet with his client to execute the plea agreement.

For these reasons, the parties request that a status conference in this case, as well as in case CR.S-00-487 FCD, be scheduled for September 25, 2006. The parties further agree that time should be excluded in both cases through September 25, 2006, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to allow defense counsel to prepare his case.

DATED: August 18, 2006        McGREGOR W. SCOTT
                              United States Attorney


                              By:/s/ Kenneth J. Melikian
                                 KENNETH J. MELIKIAN
                                 Assistant U.S. Attorney

DATED: August 18, 2006        /s/ Kenneth J. Melikian
                              COLIN L. COOPER
                              Attorney for Defendant
                              (Signed by Kenneth J. Melikian
                              per authorization by Colin L.
                              Cooper)



     IT IS SO ORDERED.


DATED: August 18, 2006

                              /s/ Frank C. Damrell Jr.
                              HONORABLE FRANK C. DAMRELL JR.
                              U.S. District Court Judge

2