COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
MELISSA DAGUE, SBN 229310
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
MARK ANTHONY DIXON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.   2:00-CR-00487 FCD |
| | ) | 2:00-CR-00306 FCD |
| Plaintiff, | ) | |
| | ) | ORDER REDUCING |
| vs. | ) | SENTENCE PURSUANT TO |
| | ) | 18 U.S.C. § 3582(c)(2) |
| MARK ANTHONY DIXON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

        This matter comes before the Court on the motion of the defendant for reduction of

sentence pursuant to 18 U.S.C. § 3582(c)(2).  The parties have stipulated to the resolution.

        On February 20, 2007, this Court sentenced Mr. Dixon to a term of imprisonment of 118

months in both of the above-referenced cases, with the sentences to be served concurrently.  The

parties agree, and the Court finds, that Mr. Dixon is entitled to the benefit of the retroactive

amendment reducing crack cocaine penalties, which reduces the applicable offense level from 34

to 32.

        IT IS HEREBY ORDERED that the term of imprisonment originally imposed, which included

a 22% reduction from the bottom of the recommended guideline range, is reduced to 94 months;

        IT IS FURTHER ORDERED that all other terms and provisions of the original judgment

remain in effect.

1    Unless otherwise ordered, Mr. Dixon shall report to the United States Probation office

2  closest to the release destination within seventy-two hours after his release.

3  Dated:  June 9, 2008

4

5

6

7    HONORABLE FRANK C. DAMRELL, JR.
     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28